# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-3259
_____

United States of America

*Plaintiff - Appellee*

v.

Travell Anthony Hill, also known as Tavell Anthony Hill

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: March 28, 2023
Filed: April 10, 2023
[Unpublished]

_____

Before COLLOTON, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Travell Hill appeals the sentence the district court[1] imposed after he pleaded guilty to murder-for-hire-related offenses, pursuant to a plea agreement containing

_____

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.

an appeal waiver. His counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), acknowledging the appeal waiver but discussing whether the sentence is substantively reasonable.

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issues raised in this appeal. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into plea agreement and waiver, and enforcing waiver would not result in miscarriage of justice).

We have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the appeal waiver. Accordingly, we dismiss the appeal based on the appeal waiver and grant counsel's motion to withdraw.

_____